3:23MJ5505

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kyle Fulmer, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), Toledo Resident Agency (RA), having been first duly sworn, hereby depose and state as follows:

1. I am a SA with the FBI and am currently assigned to the FBI Toledo RA, Toledo, Ohio. I have been employed as a SA for the FBI for the past 23 years. Prior to entering the FBI, I was a sworn police officer in the State of Ohio. During my employment as both a police officer and FBI agent I have worked on hundreds of criminal investigations. Since 1990, I have received training and experience in interviewing and interrogation techniques, arrest procedures, search and seizure, narcotics, weapons, white collar crimes, search warrant applications, and various other crimes. I am currently assigned to the Toledo Metro Drug Task Force and have been so assigned since 2004.

2. I make this affidavit in support of a criminal complaint against DARRYL WRIGHT. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other law enforcement agents.

3. Because this affidavit is being submitted for the limited purpose of supporting a criminal complaint, I have not included each and every fact known concerning this investigation. I have set forth only those facts I believe necessary to establish probable cause that WRIGHT has committed a violation 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm.

4. Beginning in the summer of 2022, I received information that WRIGHT was trafficking in amounts of methamphetamine, cocaine and crack cocaine in and around the City of Toledo, Ohio. After investigation of that information, I obtained a search warrant for WRIGHT'S residence on Georgia Avenue in Toledo, Ohio.

5. On December 5, 2023, at approximately 6:00 a.m., members of the Oregon Police SWAT

Unit executed the search warrant at the Georgia Avenue residence. Upon entry into the residence, WRIGHT was located inside the residence in the dining room/kitchen area. A search of the residence resulted in the seizure of numerous items, to include three firearms. One of these firearms was identified as a tan colored Taurus, model G3, 9mm semi-automatic handgun bearing serial # AAM162907. This handgun was located next to an additional semi-automatic handgun, as well as a semi-automatic rifle. Magazines loaded with several rounds of ammunition for these three firearms were not loaded into the firearms but were located adjacent to the three firearms. All three firearms and the loaded magazines were located in the ceiling of the basement of the residence. I was informed by other agents that this Taurus firearm appears to have been manufactured outside of the State of Ohio.

6. I know based on the investigation conducted that WRIGHT has been living at this residence and distributing narcotics from it for an extensive period of time. I also know that WRIGHT'S girlfriend, Danielle Slemp, was interviewed by your affiant and TFO S. Bailey this same date. Slemp advised that the firearms located in the ceiling of the basement were not hers and that they belonged to WRIGHT. Slemp further advised that she has seen WRIGHT in possession of the firearms in the basement of their residence a number of times (moving them in/out of the basement ceiling of the residence) and knows the firearms to have been in the residence for at least the last year.

7. A check of the National Criminal Information Center (NCIC) by your affiant shows that WRIGHT has a lengthy history of arrests and convictions in the State of Ohio, including specifically the following: Possession of Cocaine, a felony of the fourth degree, in Lucas County Common Pleas Court Case No. 11-CR-1403, for which he was sentenced to 17 months

imprisonment. Based on this conviction, WRIGHT is prohibited under federal law from lawfully possessing a firearm.

8. Based on the information contained in this affidavit, I believe probable cause exists that on December 5, 2023, in the Northern District of Ohio, Western Division, DARRYL WRIGHT committed a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm.

Respectfully submitted,

_____
FBI SA Kyle Fulmer

Sworn to via telephone on this 5th day of December, 2023
after submission by reliable electronic means.
Fed.R.Crim.P.4.1 and 41(d)(3).

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE