FILED
DEC 20 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 3:23 CR 00664 |
| DARRYL WRIGHT, | ) | Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) |
| Defendant. | ) | JUDGE CARR |

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about December 5, 2023, in the Northern District of Ohio, Western Division, Defendant DARRYL WRIGHT, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession of Cocaine, on or about September 14, 1998, in Case Number CR-98-1314, in Lucas County Common Pleas Court; Possession of Cocaine, on or about April 27, 2001, in Case Number CR-01-1520, in Lucas County Common Pleas Court; and Possession of Cocaine, on or about November 1, 2011, in Case Number CR-11-1403, in Lucas County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit: a Taurus G3, 9 mm semi-automatic pistol, bearing serial number: AAM162907, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

ORIGINAL

## FORFEITURE

The Grand Jury further charges:

2. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). As a result of this offense, Defendant DARRYL WRIGHT shall forfeit to the United States: (i) any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein; including, but not limited to, the following:

- a.) Taurus G3, 9 mm semi-automatic pistol, bearing serial number: AAM162907, possessed by DARRYL WRIGHT on or about December 5, 2023;

- b.) Hi-Point, Model 995, 9 mm semi-automatic rifle, bearing serial number: A59694, possessed by DARRYL WRIGHT on or about December 5, 2023;

- c.) Hi-Point, Model JHP, 40 caliber pistol, bearing serial number: 4299352, possessed by DARRYL WRIGHT on or about December 5, 2023; and

- d.) Four (4) magazines and various ammunition, possessed by DARRYL WRIGHT on or about December 5, 2023.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.